**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

KENNETH D. McLEOD *et al.*                                                      PLAINTIFFS

V.                                             1:07CV00047 JMM/HDY

JACKSON COUNTY *et al.*                                                        DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge James

M. Moody.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection is

to a factual finding, specifically identify that finding and the evidence that supports your objection.

An original and one copy of your objections must be received in the office of the United States

District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.   Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

    1.       Why the record made before the Magistrate Judge is inadequate.

    2.       Why the evidence proffered at the hearing before the District
            Judge (if such a hearing is granted) was not offered at the
            hearing before the Magistrate Judge.

    3.       The detail of any testimony desired to be introduced at the

> hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## **DISPOSITION**

On October 4, 2007, Plaintiffs Kenneth D. McLeod, Scotty E. Redden, and Roger D. Redden, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983. However, the $350.00 filing fee was not paid, and only McLeod filed an application for leave to proceed *in forma pauperis* (docket entry #1). On October 10, 2007, the Court entered an order directing Roger Redden and Scotty Redden to pay the full filing fee, or to file their own motions, and directing all three Plaintiffs to file an amended complaint, providing more specific facts as to their claims (docket entry #4). Plaintiffs were ordered to file the applications, and amended complaint, within 30 days. More than 30 days has passed, and neither Roger Redden, nor Scotty Redden, has paid the filing fee, or filed an application for leave to proceed *in forma pauperis*.[1] Additionally, no Plaintiff has filed an amended complaint, as directed by the Court. Under these circumstances, the Court concludes that Plaintiffs' complaint should be dismissed without prejudice for failure to comply with Local Rule

---

[1]On October 26, 2007, Roger Redden did file a certification reflecting the amount of money in his inmate trust account (docket entry #6), but no actual application.

2

5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.     Plaintiffs' complaint (docket entry #2) be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2.     The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action be considered frivolous and not in good faith.

DATED this ___24___ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE