#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### BATESVILLE DIVISION

KENNETH D. McLEOD *et al.*                                                                      PLAINTIFFS

V.                                    1:07CV00047 JMM

JACKSON COUNTY *et al.*                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE